## WOODWARD *v.* ROBERTS.

The provision of the U. S. St. of 1866, *c.* 184, *s.* 9, that no unstamped instrument shall be admitted in evidence in any court until legally stamped, applies only to the courts of the United States.

ASSUMPSIT, on the defendant's note for $150, dated January, 1868, payable to the plaintiff.   The defendant excepted to the admission of the note in evidence because it was not stamped.   Verdict for the plaintiff.   Motion for a new trial.

*Ray, Drew & Jordan*, for the plaintiff.

*Benton* and *Fletcher*, for the defendant.

BINGHAM, J. The note was admissible in evidence. The provision of the U. S. St. of 1866, *c.* 184, *s.* 9, that no instrument, not stamped according to law, shall be used or admitted in evidence in any court until legally stamped, applies to the federal and not to the state courts. *Green* v. *Holway*, 101 Mass. 243, 249; *Carpenter* v. *Snelling*, 97 Mass. 452.

*Judgment on the verdict.*

DOE, C. J., did not sit.